did not actually know of the occurrence of the solicitation for prostitution", and, further, that "he did not know of or suffer or permit prostitution". Therefore, the only finding remaining on which the action taken by the Authority could be based is the one that the licensee or the employee involved "was aware that a man and woman previously unknown to each other were being allowed to meet in the licensed premises." Assuming that there were facts to support such finding it is not a sufficient basis for a conclusion that the licensee thereby suffered the premises to become disorderly. In any event,

LONNY-HILDE BLUMENSTEIN-JACOBSOHN, Appellant, v. LUDWIG WOLF et al., Respondents.— Order unanimously affirmed, with $20 costs and dis-